DUANE S. HORNING (Bar No. 174995)
CALIFORNIA BUSINESS LAW GROUP, PC
Symphony Towers
750 B Street, Suite 2330
San Diego, CA 92101
Tel: 619-325-1555
dhorning@cblg.biz

Attorneys for Plaintiff Hire A Helper LLC, a California limited liability company

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hire A Helper LLC a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Move Lift, LLC, a Texas limited liability company, Simple Moving Labor, LLC, a Texas limited liability company, and Does 1-10,<br><br>Defendants. | CASE NO. '17CV0711 WQHJMA<br><br>COMPLAINT FOR COPYRIGHT INFRINGEMENT AND UNFAIR COMPETITION<br><br>[JURY TRIAL DEMANDED] |

Plaintiff HIRE A HELPER LLC, a California limited liability company ("Plaintiff" or "HireAHelper") hereby alleges:

1. HireAHelper is a California limited liability company with its principle place of business in Oceanside, California.

2. Defendant MOVE LIFT, LLC ("MoveLift") is, on information and belief, a Texas limited liability company doing business nationwide including in this judicial District.

3. Defendant SIMPLE MOVING LABOR, LLC ("SML") is, on information and belief, a Texas limited liability company doing business nationwide including in this judicial District. MoveLift and SML are collectively referred to herein as "Defendants."

4. On information and belief, Defendants, along with others presently unknown, are a single business enterprise, with multiple interrelated entities and affiliates including themselves and others, doing business under multiple and common names, all under common or substantially overlapping ownership, control and management, and that each is the agent of each of the others. Defendants have managed themselves and conducted business, and used and misused their own names and names under which they are doing business, in such a way that they have disregarded any separateness among themselves and misled and confused others as to which entity or entities others are dealing. Each of the Defendants are and should be held liable jointly and severally for each of the other's conduct and liabilities alleged herein to avoid perpetrating a fraud or injustice.

5. On information and belief, there existed, and now exists, a unity of interest and ownership between and among Defendants such that any individuality and separateness between Defendants has ceased. On information and belief, HireAHelper alleges that among other things: the funds and other assets of Defendants have been co-mingled; Defendants' funds have not been segregated from those of one another; Defendants have treated each other's assets as their own, and vice versa; Defendants have diverted each other's funds for other than their own corporate purposes, and vice versa; there has been a disregard of corporate formalities and a failure to maintain adequate corporate minutes or records for and on behalf of the Defendants; Defendants have entered into transactions with each other that were not arm's-length transactions, and vice versa; and Defendants have the same corporate officers and/or directors and employees as well as the same principal places of business. On information and belief, Defendants are the alter egos of each other and adhering to the legal fiction of their separateness would promote injustice and sanction fraud. Therefore, any wrongdoings and obligations of one are the wrongdoing and obligations of the other.

6. Jurisdiction is proper in this Court under 28 U.S.C. §§ 1331, 1332 and 1338, because this is a copyright infringement action between a citizen of California and citizens of Texas, and the amount in controversy exceeds $75,000.

7. Venue is proper under 28 U.S.C. §1391(b) and (c). A substantial part of the events that are the subject matter of this action took place here and HireAHelper maintains its principal

place of business in this District. HireAHelper is informed and believes that MoveLift and SML are subject to personal jurisdiction in this District.

## FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS

### HireAHelper Background

8. HireAHelper provides an online marketplace where consumers can find, compare and book an independent service provider for loading and unloading rental trucks or storage space.

9. HireAHelper is an ecommerce company. It depends nearly entirely on its website for all of its revenue.

10. HireAHelper launched its website and operations on June 1, 2007. Since then, because of its overwhelming dependency on its website, HireAHelper has invested hundreds of thousands of dollars and thousands of hours on salaried and contract content writers to create customized content for marketing on its website, and continuously improve its website. For example, since 2009, HireAHelper has employed 10 to 12 full time website designers and content writers.

### HireAHelper Copyright Registrations

11. HireAHelper's website, http://www.hireahelper.com/, in all of its previous and current versions, is a wholly original work that may be copyrighted under United States Law.

12. On October 4, 2010, the United States Copyright Office issued a Certification of Registration, Registration Number TX-7-497-639, registering HireAHelper's copyright in HireAHelper's complete website as it existed on October 1, 2010 (the "Original Copyright Registration").

13. Since on or about October 4, 2010, HireAHelper has either published or licensed for publication its website in compliance with the copyright laws and has remained the sole owner of the copyright.

14. On or about April 6 and 7, 2017, and prior to filing this lawsuit, HireAHelper applied to the United States Copyright Office for certifications of registration of works derivative from those that were the subject of the Original Copyright Registration, deposited the derivative

works, and paid the appropriate fees ("Derivative Registrations"). The derivative works included revised and additional text, editing, compilations, translations, contributions and layout of portions of HireAHelper's website.

15. The portions of HireAHelper's website that are the subject of this copyright infringement lawsuit are registered under the Original Copyright Registration, included in the applications for the Derivative Registrations, or both.

**Budget Truck Rentals Contract Negotiations**

16. Beginning on or about March 31, 2010, HireAHelper executives began pursuing Budget Truck Rentals, LLC ("Budget") for HireAHelper to enter into a contract in which Budget would refer its customers to HireAHelper's online marketplace ("Potential Budget Contract"). The Potential Budget Contract is projected to generate many millions of dollars of additional revenue and profits for HireAHelper.

17. On or about January 11, 2017, after nearly seven years attempting to secure the Potential Budget Contract, on January 11, 2017, Budget's representative, Thomas Whittaker Sr., called HireAHelper's Head of Sales & Marketing, Ryan Charles, requesting that he travel to Budget's office in New Jersey to present HireAHelper's bid for the Potential Budget Contract. HireAHelper's bid was presented for the Potential Budget Contract in person to Budget in Parsippany, New Jersey on March 6, 2017.

18. On information and belief, MoveLift met with Budget between March 10, 2017, and April 1, 2017, to present MoveLift's bid for the Potential Budget Contract based in part on MoveLift's website that included material wrongfully copied from and infringing upon HireAHelper's copyright in HireAHelper's website.

19. Budget is currently considering either HireAHelper's bid or MoveLift's bid for the Potential Budget Contract.

**FIRST CLAIM FOR RELIEF**

**(Copyright Infringement)**

20. HireAHelper incorporates paragraphs 1 through 19 by reference.

21. HireAHelper owns a valid copyright and derivative copyright for the text, editing, compilations, translations, contributions and layout of its website with an address of www.hireahelper.com as the content has existed from time to time in all of its previous and current versions ("Copyright").

22. On or about December 29, 2016, HireAHelper discovered a website for MoveLift at www.movelift.com.

23. On or about March 2 and 31, 2017, new material was observed on websites for MoveLift and SML at www.movelift.com and www.simplemovinglabor.com, respectively, that had not been seen before, that was identical, verbatim, or substantially similar to corresponding portions of HireAHelper's website at www.hireahelper.com, and that thus, infringed HireAHelper's Copyright. These identical portions included text copy, icons, headings, and titles.

24. MoveLift and SML continue to infringe HireAHelper's Copyright by continuing to publish material that infringes HireAHelper's Copyright, sell, and otherwise market services, including an effort to obtain a contract with Budget, based on material that infringes upon and violates HireAHelper's Copyright.

25. At no time has HireAHelper authorized MoveLift or SML to reproduce or copy anything including without limitation HireAHelper's copyrighted text and layout in MoveLift and SML's website.

26. Further irreparable harm to HireAHelper is imminent as a result of MoveLift and SML's conduct, and HireAHelper is without an adequate remedy at law. HireAHelper is entitled to emergency, temporary, preliminary and permanent injunctive relief restraining MoveLift, SML, their officers, directors, agents, employees, representatives and all persons acting in concert with them from engaging in further such acts of copyright infringement.

27. HireAHelper is entitled to recover from MoveLift and SML the damages sustained by HireAHelper as a result of MoveLift and SML's acts of copyright infringement, the amounts of which are presently unknown but will be proven at trial. In addition and not in the alternative to HireAHelper's own actual damages, HireAHelper is also entitled to recover from MoveLift and SML their gains, profits and advantages they have obtained as a result of their acts of

copyright infringement. HireAHelper is at present unable to ascertain the full extent of the gains, profits and advantages MoveLift and SML have obtained by reason of their acts of copyright infringement, the amounts of which are presently unknown but will be proven at trial.

28. Alternatively, HireAHelper is entitled to statutory damages of $150,000 for each act of infringement, because MoveLift and SML's acts of infringement were committed willfully with knowledge that their conduct constituted copyright infringement.

29. HireAHelper is entitled to recover its attorneys' fees, expert witness fees and costs of suit from Defendants.

**SECOND CLAIM FOR RELIEF**

**(Unfair Competition)**

30. HireAHelper incorporates paragraphs 1 through 29 by reference.

31. HireAHelper owns the Copyright.

32. MoveLift and SML have been engaging in unfair trade practices and unfair competition against HireAHelper to HireAHelper's irreparable damage including without limitation by willfully infringing on HireAHelper's Copyright to unfairly complete with HireAHelper for business with Budget, movers, consumers and others.

33. Further irreparable harm to HireAHelper is imminent as a result of MoveLift and SML's conduct, and HireAHelper is without an adequate remedy at law. HireAHelper is entitled to emergency, temporary, preliminary and permanent injunctive relief restraining MoveLift, SML, their officers, directors, agents, employees, representatives and all persons acting in concert with them from engaging in further such acts of unfair competition.

34. HireAHelper is entitled to recover its attorneys' fees, expert witness fees and costs of suit from Defendants.

**PRAYER FOR RELIEF**

WHEREFORE, Hire A Helper LLC prays for judgment against all Defendants, jointly and severally, as follows:

1. For a temporary restraining order, preliminary and permanent injunction enjoining and restraining MoveLift, SML, and all persons acting in concert with them from reproducing,

distributing, adapting, displaying, advertising, or promoting any materials through their websites that are substantially similar to HireAHelper's copyrighted work, and to deliver to the Court for destruction or other reasonable disposition all such materials and means for producing same in MoveLift and SML's possession or control;

2. For HireAHelper's actual damages plus MoveLift and SML's profits gained as a consequence of MoveLift and SML's infringement of HireAHelper's copyright in an amount to be prove at trial;

3. Alternatively, for statutory damages of $150,000 for each act of MoveLift and SML's infringement, which was committed willfully with knowledge that their conduct constituted copyright infringement;

4. For punitive damages;

5. For prejudgment interest on all amounts owed;

6. For reasonable attorney's fees, expert witness fees, and costs; and

7. For other just and equitable relief.

DATED: April 6, 2017

CALIFORNIA BUSINESS LAW GROUP, PC

By: s/ Duane S. Horning

DUANE S. HORNING
Attorneys for Hire a Helper LLC, a California limited liability company
Email: dhorning@cblg.biz

**DEMAND FOR JURY TRIAL**

Plaintiff Hire a Helper LLC hereby demands a jury trial for all issues subject to trial by jury.

DATED: April 7, 2017

CALIFORNIA BUSINESS LAW GROUP, PC

By: s/ Duane S. Horning
DUANE S. HORNING
Attorneys for Hire a Helper LLC, a California limited liability company
Email: dhorning@cblg.biz