# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HireAHelper, LLC, a California Limited Liability Company<br><br>　　　　　　Plaintiff,<br>v.<br>Move Lift, LLC, a Texas Limited Liability Company; Simple Movers LLC, a Texas Limited Liability Company<br><br>　　　　　　Defendants. | CASE NO. 17cv0711-WQH-JMA<br><br>ORDER |

HAYES, Judge:

　　The matters before the Court are the Ex Parte Application for Temporary Restraining Order and Order to Show Cause Why Preliminary Injunction Should Not Issue (ECF No. 2) and the Motion to Take Hearing Off Calendar (ECF No. 12) filed by Plaintiff Hire A Helper LLC ("Plaintiff").

　　On April 7, 2017, Plaintiff initiated this action by filing the Complaint (ECF No. 1) against Defendants Move Lift, LLC and Simple Movers Limited Liability Company ("Defendants").[1] On April 7, 2017, Plaintiff filed the Ex Parte Application for Temporary Restraining Order and Order to Show Cause Why Preliminary Injunction Should Not Issue (ECF No. 2).

---

[1] Plaintiff named Simple Moving Labor, LLC as a Defendant in the Complaint. On April 7, 2017, Plaintiff filed a notice of errata stating "The correct name of that Defendant is 'Simple Movers Limited Liability Company,' which is a Texas limited liability company, and which is doing business as 'Simple Moving Labor.'" (ECF No. 6 at 1).

On April 7, 2017, the Court issued an order denying Plaintiff's application for a Temporary Restraining Order, and setting a hearing for Plaintiff's request for a preliminary injunction. (ECF No. 5 at 4-5).

On April 14, 2017, Plaintiff filed the Motion to Take Hearing Off Calendar (ECF No. 12). Plaintiff states that

> Since filing of the ex parte application, Defendants have represented they have removed from their websites the material on which the ex parte application was based, and Avis Budget Group, Inc., a Delaware corporation, aka Budget Truck Rentals, LLC ("Budget") has informed Plaintiff that Budget has selected Plaintiff for the contract described in the ex parte application, subject to the parties entering into a mutually acceptable written contract.

(ECF No. 12 at 1-2). Plaintiff requests that the hearing for Plaintiff's request for a preliminary injunction scheduled for April 24, 2017 be taken off calendar. *Id.* at 2.

## CONCLUSION

Based upon the record of this case, the Motion to Take Hearing Off Calendar (ECF No. 12) is GRANTED. The Ex Parte Application for Temporary Restraining Order and Order to Show Cause Why Preliminary Injunction Should Not Issue (ECF No. 2) is DENIED. The hearing on Plaintiff's request for a preliminary injunction scheduled for April 24, 2017 at 4:00 P.M. is VACATED.

DATED: April 18, 2017

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge